**In re Donald V. LABBRUZZO, Carlos Camarillo, and Plasticos Promex U.S.A., Inc.**

**No. 08–06–00210–CV.**

Court of Appeals of Texas, El Paso.

Aug. 10, 2006.

Corey W. Haugland, James, Goldman & Haugland, P.C., Thomas E. Stanton, El Paso, for relators.

Steven L. Hughes, Mounce, Green, Myers, Safi & Galatzan, El Paso, for real party in interest.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

---

1. Senior Justice Margaret G. Mirabal sitting    by assignment.

## OPINION ON PETITION FOR WRIT OF MANDAMUS

DAVID WELLINGTON CHEW, Justice.

Relators, Donald V. Labbruzzo, Carlos Camarillo, and Plasticos Promex U.S.A., Inc., seek a writ of mandamus against the Honorable Luis Aguilar, Judge of the 120th District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer,* 827 S.W.2d 833, 840 (Tex.1992)(orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the petition and record before us, we are unable to conclude that Relators are entitled to the relief requested. Accordingly, we deny mandamus relief. *See* Tex.R.App.P. 52.8(a). Further, we deny Relators motion for emergency relief. *See* Tex.R.App.P. 52.10.